UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Edgar Antonio GOMEZ-Manriguez,** ) | Deported Alien Found in the United States |
| ) | |
| Defendant ) | '08 MJ 1879 |

The undersigned complainant, being duly sworn, states:

On or about **June 16, 2008** within the Southern District of California, defendant, **Edgar Antonio GOMEZ-Manriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **JUNE, 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Edgar Antonio GOMEZ-Manriguez

## PROBABLE CAUSE STATEMENT

On June 16, 2008, Border Patrol Agent M. Taylor responded to a seismic intrusion device in an area known as the "33 Draw." This area is approximately five miles west of the San Ysidro, California Port of Entry and one quarter of a mile north of the United States/Mexico International Boundary.

After arriving in the area, Agent Taylor found some footprints for four individuals and followed them. He then encountered four individuals including one later identified as the defendant **Edgar Antonio GOMEZ-Manriguez**, hiding. Agent Taylor identified himself as a Border Patrol Agent and questioned each one of the individuals as to their country of citizenship and nationality. All four, including the defendant admitted to being citizens and nationals of Mexico without having any immigration documents allowing them to be or remain in the United States legally. All four individuals were arrested at approximately 11:05 p.m. and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on April 29, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.