1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5
6  Attorneys for Mr. Gomez-Manriquez

7
8                    UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,       )   Case No. 08mj1879
                                    )
12 |          Plaintiff,             )
                                    )
13 | v.                              )
                                    )   **NOTICE OF APPEARANCE**
14 | **EDGAR ANTONIO GOMEZ-MANRIQUEZ** )
                                    )
15 |          Defendant.             )
                                    )

16
         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
17
   Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
18
   in the above-captioned case.
19
                                         Respectfully submitted,
20
   Dated: June 20, 2008                   s/ *Michelle Betancourt*
21                                        **MICHELLE BETANCOURT**
                                          Federal Defenders of San Diego, Inc.
22                                        Attorneys for Defendant
                                          michelle_betancourt@fd.org
23
24
25
26
27
28

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Gomez-Manriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1879 |
|   ) | |
| Plaintiff, ) | |
|   ) | |
| v. ) | PROOF OF SERVICE |
|   ) | |
| **EDGAR A. GOMEZ-MANRIGUEZ**, ) | |
|   ) | |
| Defendant. ) | |
|   ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov

Dated: June 20, 2008                                         *s/ Michelle Betancourt*
                                                                MICHELLE BETANCOURT
                                                                 Federal Defenders
                                                                 225 Broadway, Suite 900
                                                                 San Diego, CA 92101-5030
                                                                 (619) 234-8467  (tel)
                                                                 (619) 687-2666  (fax)
                                                                 e-mail: michelle_betancourt@fd.org